IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DENNIS WHEELER | § | |
| VS. | § | CIVIL ACTION NO.   1:03-CV-1350 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Dennis Wheeler, an inmate confined at the Ramsey I Unit of the Texas Department

of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States

Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of

this court.  The magistrate judge recommends denying petitioner's motion for leave to proceed *in

forma pauperis*, and allowing him thirty days to pay the $455 filing fee.

The court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available

evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were

filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct

and the report of the magistrate judge is **ADOPTED**.  Petitioner's motion for leave to proceed *in*

*forma pauperis* (document no. 29) is **DENIED**.  Petitioner shall have thirty days from the date of this order in which to pay the $455 filing fee.

      **SIGNED** this the **16** day of **August, 2007.**


Thad Heartfield
United States District Judge